| | |
|---|---|
| 1 | Robert E. Boone III, California Bar No. 132780 |
|   | James C. Pettis, California Bar No. 223953 |
| 2 | Linda C. Hsu, California Bar No. 239880 |
|   | **BRYAN CAVE LLP** |
| 3 | 120 Broadway, Suite 300 |
|   | Santa Monica, California  90401-2386 |
| 4 | Telephone:     (310) 576-2100 |
|   | Facsimile:      (310) 576-2200 |
| 5 | Emails:          reboone@bryancave.com |
|   |                       james.pettis@bryancave.com |
| 6 |                       linda.hsu@bryancave.com |
| 7 | Attorneys for Defendant |
|   | McDONNELL DOUGLAS CORPORATION |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VEST and CAROLINE VEST, | Case No. 3:11-cv-00061-JSW |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANT MCDONNELL DOUGLAS CORPORATION'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION TO MOTION TO REMAND** |
| vs. | |
| ALLIED PACKING AND SUPPLY, *et al.*, | |
| Defendants. | [Filed with Defendant McDonnell Douglas Corporation's Administrative Motion to Exceed Page Limit for Opposition to Plaintiffs' Motion to Remand] |
| | Date:           February 4, 2011 |
| | Time:          9:00 a.m. |
| | Courtroom:  Honorable Jeffrey S. White |
| |                        Courtroom 11, 19th Floor |

820370\0307472

STIPULATION AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT [CASE NO. 3:11 CV 00061 JSW]

1  Plaintiffs Timothy and Caroline Vest ("Plaintiffs") and Defendant McDonnell Douglas
2  Corporation ("MDC"), by and through their respective attorneys of record, hereby stipulate and
3  agree as follows:
4  MDC's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to
5  Remand ("Opposition") may exceed the page limit currently set forth in the Court's Civil Standing
6  Order No. 6 by seven pages. MDC will be allowed a total of twenty-two pages for its Opposition.
7  SO STIPULATED.

Dated: January 18, 2011

KAZAN, McCLAIN, LYONS,
GREENWOOD & HARLEY
A Professional Law Corporation

By: _____
Ian A. Rivamonte
Attorneys for Plaintiffs
TIMOTHY AND CAROLINE VEST

Dated: January 18, 2011

**BRYAN CAVE LLP**

By:   /s/ Linda C. Hsu
Linda C. Hsu
Attorneys for Defendant McDONNELL
DOUGLAS CORPORATION

**ORDER**

Having read and considered Defendant McDonnell Douglas Corporation's ("MDC") Administrative Motion to Exceed Page Limit for Opposition to Plaintiffs' Motion to Remand and the stipulation between Plaintiffs and MDC, and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The page limit for MDC's Memorandum of Points and Authorities in Opposition to Plaintiffs' Motion to Remand is extended from the current fifteen pages set forth in the Court's Civil Standing Order No. 6 to twenty-two pages.

DATED: January 19, 2011

_____
Honorable Jeffrey S. White
United States District Court Judge

The Court notes that, in the future, the parties need not file both an administrative motion *and* a stipulation. Rather, they should submit such requests as either a joint administrative motion or as a stipulation. The Court will either grant or deny the request, in what ever form it is presented.