James L. Oberman, Esq. (C.S.B. #120938)
Francis E. Fernandez, Esq. (C.S.B. #65775)
Ian A. Rivamonte, Esq. (C.S.B. #232663)
KAZAN, McCLAIN, LYONS, GREENWOOD & HARLEY
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY VEST and CAROLINE VEST,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIED PACKING & SUPPLY, INC., et al.,<br><br>Defendants. | Case No.: 3:11-cv-00061 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EMERGENCY MOTION TO IMMEDIATELY REMAND ASBESTOS-CANCER CASE TO CALIFORNIA SUPERIOR COURT TO EXCEED PAGE LIMIT**<br><br>Courtroom: Hon. Jeffrey S. White<br>Courtroom 11, 19th Floor |

KAZAN, McCLAIN,
LYONS,
GREENWOOD &
HARLEY, PLC
JACK LONDON MARKET
55 HARRISON STREET,
SUITE 400
OAKLAND, CA 94607
(510) 302-1000
(510) 465-7728
FAX (510) 835-4913

IRIVAMONTE/728523.1

Stipulation and [Proposed] Order to Allow Plaintiffs' Reply Points & Authorities to Exceed Page Limit
Case No.: 3:11-cv-00061 (JSW)

1

1  Plaintiffs Timothy Vest and Caroline Vest, and Defendant McDonnell Douglas
2  Corporation, by and through their respective attorneys of record, hereby stipulate that plaintiffs'
3  Reply Memorandum of Points and Authorities in Support of Emergency Motion to Immediately
4  Remand Asbestos-Cancer Case to California Superior Court ("Reply") may exceed the page limit
5  set forth in the Court's Civil Standing Order No. 6 by four pages. Plaintiffs will be allowed a total
6  of 19 pages for their Reply.
7  **IT IS SO STIPULATED.**
8
9  DATED: January 19, 2011      KAZAN, McCLAIN, LYONS,
                                 GREENWOOD & HARLEY
10                               A Professional Law Corporation
11
12                               By: _____
                                     Ian A. Rivamonte
13
                                 Attorneys for Plaintiffs
14                               TIMOTHY AND CAROLINE VEST
15
16  DATED: January 19, 2011      BRYAN CAVE LLP
17
18                               By: _____
                                     Linda C. Hsu
19
                                 Attorneys for Defendant
20                               McDONNELL DOUGLAS CORPORATION

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 465-7728
Fax (510) 835-4913

IRIVAMONTE/728523.1

Stipulation and [Proposed] Order to Allow Plaintiffs' Reply Points & Authorities to Exceed Page Limit
Case No.: 3:11-cv-00061 (JSW)                                                                    2

## ORDER

Having read and considered the stipulation between plaintiffs Timothy Vest and Caroline Vest, and defendant McDonnell Douglas Corporation, and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The page limit for plaintiffs' Reply Memorandum of Points and Authorities in Support of Emergency Motion to Immediately Remand Asbestos-Cancer Case to California Superior Court ("Reply") may exceed the 15 page limit set forth in the Court's Civil Standing Order No. 6 by 4 pages. Plaintiffs will be allowed a total of 19 pages for their Reply.

Dated: January 19, 2011

Hon. Jeffrey S. White
United States District Court Judge

Kazan, McClain, Lyons, Greenwood & Harley, PLC
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
(510) 302-1000
(510) 465-7728
Fax (510) 835-4913

IRIVAMONTE/728523.1

Stipulation and [Proposed] Order to Allow Plaintiffs' Reply Points & Authorities to Exceed Page Limit
Case No.: 3:11-cv-00061 (JSW)

3