**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9     TIMOTHY VEST, et al.,

10              Plaintiffs,                      No.  C 11-00061 JSW

11        v.                                     **ORDER DENYING MOTION TO**
                                                 **LIFT STAY FOR LIMITED**
12     ALLIED PACKING AND SUPPLY, INC., et       **PURPOSE**
       al.,
13
                Defendants.
14

15    _____/

16        This matter comes before the Court upon consideration of the Motion to Lift the Stay

17    Entered on January 31, 2011 for the Limited Purpose of Obtaining Court Rulings on: (1)

18    Petitions to Approve the Compromise of Minors' Claims; and (2) Plaintiffs' Administrative

19    Motions to File the Petitions to Approve the Compromise of Minors' Claims and Related

20    Documents Under Seal, filed by Plaintiffs Timothy and Caroline Vest ("Plaintiffs").

21    Defendants McDonnell Douglas Corporation ("MDC") and Henkel Corporation oppose the

22    motion.  The matter is now ripe, and the Court finds the matter suitable for disposition without

23    oral argument.  *See* N.D. Civ. L.R. 7-1(b).

24        The Court has considered the parties' papers, relevant legal authority, and the record in

25    this case.  The Court has the discretion and the inherent power to lift the stay in this case.

26    However, the Court entered the stay, because it determined that the jurisdictional issues raised

27    by Plaintiffs' motion for remand were factually and legally difficult and had been raised in the

28    MDL proceeding.  Plaintiffs now ask this Court to lift the stay for purposes of approving a

minors' compromise, but they do not concede this Court has jurisdiction to take such action.

It also appears that the Judicial Panel on Multidistrict Litigation will issue decision on MDC's

motion to transfer shortly.  Accordingly, the Court declines to exercise its discretion to lift the

stay, and Plaintiffs' motion is DENIED.

      **IT IS SO ORDERED.**

Dated: March 4, 2011

                                      _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE